# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132365

GAIL A. ZBRANCHIK,
          Plaintiff-Appellant,

v

DAVID A. KUZNER,
          Defendant-Appellee,

and

TYRONE TOWNSHIP,
          Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132365
COA: 269159
Livingston CC: 05-021237-CZ

On order of the Court, the application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220